*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00712-CR

**IN RE** Steven L. **AMIS**

Original Mandamus Proceeding

PER CURIAM

Sitting:    Karen Angelini, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed: November 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On November 2, 2009, relator Steven L. Amis filed a petition for a writ of mandamus, seeking to compel the presiding judge of the 226th Judicial District Court, Bexar County, Texas to rule on various post-conviction motions. The motions relate to Cause No. 2000-CR-6068, styled *The State of Texas v. Steven Lee Amis*, which was heard in the 226th Judicial District Court, the Honorable Sid L. Harle presiding. However, the judgment in that cause is final and no post-conviction proceeding is pending in the trial court. Relator is therefore not entitled to the relief sought and the petition for a writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

PUBLISH